ARTHUR J. CASEY [SBN 123273]
DONALD P. GAGLIARDI [SBN138979]
FORD, WALKER, HAGGERTY & BEHAR, LLP
16450 Los Gatos Blvd., Suite 110
Los Gatos, CA 95032
Tel:   (408) 660-3102
Fax:   (408) 660-3105
Email: acasey@fwhb.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALICIA AVILA,<br><br>        Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1-30,<br><br>        Defendants. | Case No.<br><br>(Underlying Case No. 21CV388522, Santa Clara County Superior Court)<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br>[Diversity of Citizenship, 28 U.S.C. §§ 1332, 1441 & 1446]<br><br>DEMAND FOR JURY TRIAL |

TO THE CLERK OF THE ABOVE-NAMED FEDERAL DISTRICT COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, defendant Costco Wholesale Corporation ("Costco"), by and through its undersigned counsel, hereby removes Case No. 21CV388522, pending in the Superior Court of California for the County of Santa Clara, to the United States District Court for the Northern District of California, San Jose Division.

Removal is based on complete diversity of citizenship, because diversity of citizenship exists between plaintiff Alicia Avila and the lone named defendant, Costco Wholesale Corporation, and the amount in controversy exceeds the jurisdictional minimum. *See,* 28 U.S.C. § 1332.

## I. BACKGROUND.

On August 25, 2021, this civil action was commenced in the Superior Court of the State of California in and for the County of Santa Clara, *Alicia Avila v. Costco Wholesale Corporation and Does Nos. 1 - 30,* Case No. 21CV388522.

On November 24, 2021, Costco filed and served its Answer to the Complaint.

Plaintiff Alicia Avila alleges in her Complaint causes of action for premises liability and general negligence. She alleges that on September 29, 2019, she slipped on water on the bathroom floor at a Costco store located at 7251 Camino Arroyo in Gilroy, California, and consequently suffered serious injuries. She further alleges that Costco was negligent in maintaining the premises. *Complaint, ¶ Prem. L-1.* Ms. Avila's Complaint seeks unspecified damages for medical expenses and loss of earnings, as well as prejudgment interest. *Id., ¶ 11.* However, her written discovery responses, served January 4, 2022, reveal that her claimed medical expenses alone exceed the minimum for federal diversity of citizenship subject matter jurisdiction. *See, Plaintiff's Response to Defendant's Special Interrogatories, Set One, Response to Special Interrogatory No. 16.*

In accordance with 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders in the underlying state court action, including the Summons and Complaint, Answer, and plaintiff Alicia

Avila's written discovery responses, are attached hereto and incorporated herein by reference as **Exhibit A**.

## II.  THIS NOTICE OF REMOVAL IS TIMELY FILED.

The removal of this civil action to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after January 4, 2022, which is the date defendant Costco, through its counsel, first learned, by virtue of receipt of service of Ms. Avila's written discovery responses, of facts establishing federal subject matter jurisdiction through diversity of citizenship of the parties and an amount in controversy exceeding the jurisdictional minimum.  Also, less than one year has elapsed since commencement of the action.  28 U.S.C. § 1446(c)(1).

The United States District Court for the Northern District of California, San Jose Division, is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original state court action was filed and is pending.

## III.  THIS COURT HAS DIVERSITY OF CITIZENSHIP JURISDICTION.

Lone plaintiff Alicia Avila and lone named defendant Costco Wholesale Corporation are citizens of different states.

On information and belief, Ms. Avila's claim for damages exceeds the jurisdictional minimum of seventy-five-thousand dollars ($75,000) for diversity jurisdiction in federal court.  As mentioned above, on January 4, 2022, Costco, through its counsel, first learned, by virtue of receipt of plaintiff Avila's written discovery responses, of facts establishing federal subject matter jurisdiction, as a result of the diversity of citizenship of the parties and an amount in controversy exceeding the $75,000 jurisdictional minimum.  In particular, plaintiff Avila's response to Special Interrogatory No. 16 identifies outstanding medical bills exceeding the jurisdictional minimum.

Therefore, federal diversity of citizenship jurisdiction exists over this action pursuant to 28 U.S.C. §§ 1332.

### IV. ALL SERVED DEFENDANTS CONSENT TO THE REMOVAL.

This Notice of Removal is filed on behalf of named defendant Costco Wholesale Corporation. There are no other defendants who have been served with process and appeared in the action. Therefore, all defendants have consented to the removal of this action.

### V. NOTICE OF REMOVAL TO PLAINTIFF AND THE SANTA CLARA COUNTY SUPERIOR COURT.

Concurrently with this Notice of Removal, defendant Costco will file a Notice to Plaintiff of Removal of Action to Federal Court, along with a copy of this Notice of Removal with the Superior Court of the State of California in and for the County of Santa Clara, and in accordance with 28 U.S.C. §§ 14446(d), defendant Costco will serve a copy thereof upon counsel for plaintiff Alicia Avila. A copy of the prepared Notice to Plaintiff of Removal of Action to Federal Court is attached hereto and incorporated herein by reference as **Exhibit B**.

If any question arises as to the propriety of the removal of this action, counsel for defendant Costco respectfully requests the opportunity to present a brief and oral argument in support of the position that this case is removable.

### VI. CONCLUSION.

For the foregoing reasons, defendant Costco Wholesale Corporation respectfully requests that this civil action be, and is hereby, removed to the United States District Court for the Northern District of California, San Jose Division, that said federal district court assume jurisdiction of this civil action, and that this Court enter such further orders as may be necessary to accomplish the requested removal and to promote the ends of justice.

### VII. JURY TRIAL DEMAND

Defendant Costco hereby demands a trial by jury. *Fed.R.Civ.P. 38.*

Dated: January 25, 2022

FORD, WALKER, HAGGERTY & BEHAR, LLP

By: _____
ARTHUR J. CASEY
DONALD P. GAGLIARDI
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION